# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**AG SERVICES, LLC**                                                                 **PLAINTIFF**

**v.**                           **4:07-CV-00082-WRW**

**SYNGENTA SEEDS, INC**                                                              **DEFENDANT**

## ORDER

Plaintiff's Motion for Protective Order (Doc. No. 14), which goes far beyond the Confidentiality Order[1] which is already in place, is DENIED.

Plaintiff's Unopposed Motion to Conduct Deposition Out of Time (Doc. No. 24) is GRANTED.

Defendant's Motion for Extension of Time to Complete Discovery (Doc. No. 28) is GRANTED.  As requested, the parties will have twenty days from the date of this Order to complete discovery.

By agreement of the parties, Plaintiff's Motion to Compel (Doc. No. 26) is WITHDRAWN.  Accordingly, Plaintiff's Motion for Extension of Time (Doc. No. 25) and Defendant's Motion for Extension of Time to File Reply (Doc. No. 31) are MOOT.

IT IS SO ORDERED this 7th day of December, 2007 (Pearl Harbor Day).

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 20.